UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 07 251T

| | |
|---|---|
| RHODE ISLAND CARPENTERS' ANNUITY FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Annuity Fund, *Plaintiffs*, | |
| v. | C.A. No. |
| HOUSING SYSTEMS, INC., *Defendant*. | |

**COMPLAINT**

**Introduction**

1. This is an action brought by trustees of an employee pension plan pursuant to Sections 502(a)(3) and 515 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1132(a)(3) and 1145 ("ERISA") and the Uniformed Services Employment and Reemployment Rights Act of 1994, as amended, 38 U.S.C. § 4138 ("USERRA") to enforce contributions due under the terms of said plan.

**Parties and Jurisdiction**

2. The Rhode Island Carpenters' Annuity Fund ("Annuity Fund") is a multi-employer pension plan within the meaning of ERISA, 29 U.S.C. §§1002(2) and (37). It has been established and is maintained pursuant to a collective bargaining agreement between an employee organization and more than one employer.

3. Plaintiff Trustees ("Trustees") are trustees of the Annuity Fund and are fiduciaries within the meaning of Section 3(21) of ERISA.

4. Plaintiff Donald Lavin is Co-Administrator of the Annuity Fund. The Fund's office is located in Warwick, Rhode Island.

5. New England Regional Council of Carpenters Local 94 ("Local 94") is an "employee organization" within the meaning of Section 3(4) of ERISA, 29 U.S.C. §1002(4).

6. Defendant Housing Systems, Inc. ("Housing Systems") is an "Employer" within the meaning of Section 3(5) of ERISA and USERRA, 38 U.S.C. §4303(4)(A) and is a corporation organized under the laws of the State of Rhode Island, having its principal place of business in Pawtucket, RI. Defendant has the requisite minimum contacts with the State of Rhode Island.

7. Jurisdiction is rested upon ERISA, 29 U.S.C. § 1132(e).

## Facts

8. The Annuity Fund is a defined contribution plan which provides an individual retirement account for each participant. Each participant's benefits are based on the amount of contributions made on his or her behalf.

9. The Annuity Fund is administered by a board of trustees consisting of management and union trustees ("Trustees).

10. Benefits as aforesaid are financed by employer contributions. The contribution rates are set by the collective bargaining agreement between Local 94 and each employer.

11. The rights and obligations of the Fund and each employer are set forth in an Agreement and Declaration of Trust ("Trust Agreement").

12. Defendant is a party to a collective bargaining agreement with Local 94 which provides, in relevant part, that Defendant is obligated to make contributions to the Annuity Fund on behalf of its employees for each hour worked.

13. The Annuity Fund's Trust Agreement provides, in relevant part, that Defendant shall promptly pay contributions, and pay penalties, interest and attorneys' fees when in default.

14. In and before December 2004, Defendant employed Shawn Tedford ("Tedford") under the terms of the CBA.

15. Tedford worked at least 160 hours in Covered Employment as required by the Rhode Island Carpenters Annuity Plan in the twelve months preceding enlistment into the military.

16. Defendant, pursuant to the terms of the CBA, submitted contributions on behalf of Tedford to the Annuity Fund for all work performed in and before December, 2004.

17. Prior to his last day of work with Defendant, Tedford received Orders ("Activation Orders") dated November 24, 2004 from the Rhode Island Army National Guard ordering Tedford to active duty for special work (ADSW) beginning December 1, 2004.

18. Tedford notified Defendant of his receipt of the Activation Orders prior to his reporting to active duty on January 4, 2005.

19. Tedford's last day of work for Defendant prior to reporting for active duty was in December, 2004.

20. In or about June, 2006, Tedford received Orders ("Discharge Orders") from the Department of Army advising Tedford that he would be released from active duty effective June 9, 2006.

21. Following his discharge on June 9, 2006, Tedford began working for Modern Woodcraft in June, 2006. Tedford worked at least 160 hours in Covered Employment upon leaving the military as required by the Rhode Island Carpenters Annuity Plan.

22. Defendant was Tedford's last employer prior to reporting for active duty with the military.

23. Notwithstanding the foregoing, Defendant has violated its obligations under USERRA and ERISA by failing to remit to the Annuity Fund contributions on behalf of Tedford for the period of January 4, 2005 to June 9, 2006, as required by USERRA, 38 U.S.C. §4316 and 20 C.F.R. §§ 1002.259 and 1002.266.

24. Pursuant to the provisions of the Trust Agreement and the Plan documents of the Annuity Fund, since contributions were not paid when due, liquidated damages and interest are due from Defendant on the aforementioned delinquent contributions.

25. The amount of contributions owed to the Annuity Fund for the period of January 4, 2005 to June 9, 2006 is $13,028.17.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendant as follows:

a. For contributions due to the Annuity Fund for the period of January 4, 2005 through June 9, 2006 in the amount of $13,028.17

b. For interest on the unpaid contributions, liquidated damages, and attorneys' fees and costs, pursuant to 29 U.S.C. § 1132(g)(2); and

c. For such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax (401) 294-4702

**CERTIFICATE OF SERVICE**
**PURSUANT TO SECTION 502(h) OF ERISA**

I, Elizabeth Wiens, hereby certify that I have this date serviced the foregoing Complaint upon the following by depositing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

Secretary, Department of Labor
United States Department of Labor
United States Department of Labor Building
200 Constitution Avenue, N.W.
Washington, DC 20220

Secretary, Department of Treasury
United States Department of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220