**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS' ANNUITY FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Annuity Fund, *Plaintiffs*, | : | |
| v. | : | C.A. No. 07-251T |
| HOUSING SYSTEMS, INC., *Defendant*. | : | |

**STIPULATION**

By agreement of the parties, Defendant shall have until up to and including August 13, 2007 to answer or otherwise respond to the Complaint in this matter.

Rhode Island Carpenters
Pension Fund
By their attorneys,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Memorandum on July 23, 2007. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens