**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND CARPENTERS' ANNUITY FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Annuity Fund,** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-251T** |
| | : | |
| **HOUSING SYSTEMS, INC.** | : | |
| **Defendant** | : | |

## ENTRY OF APPEARANCE

We, Girard R. Visconti, Esq. and Jessica L. Papazian-Ross, Esq., of the law firm of Visconti & Boren, Ltd. hereby enter our appearance as counsel for the defendant Housing Systems, Inc.

/s/ Girard R. Visconti, Esq.
Girard R. Visconti, Esq. (#0566)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)
Grv@viscontilaw.com

/s/ Jessica L. Papazian-Ross, Esq.
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)
Jlpr@viscontilaw.com

***CERTIFICATION***

I, the undersigned, hereby certify that this document has been filed electronically on this 24th day of July, 2007 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**

/s/ Elizabeth Wiens, Esq. (#6827)
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
(401) 294-4700 (Telephone)
(401) 294-4702 (Facsimile)
lizwiens@yahoo.com

**CERTIFICATE OF SERVICE**
**PURSUANT TO SECTION 502(H) OF ERISA**

I, the undersigned, certify that I have this date served the foregoing document upon the following by depositing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

Secretary, Department of Labor
United States Department of Labor
United States Department of Labor Building
200 Constitution Avenue, N.W.
Washington, DC 20220

Secretary, Department of Treasury
United States Department of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

/s/ Jessica L. Papazian-Ross, Esq.
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)
Jlpr@viscontilaw.com