**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND CARPENTERS' ANNUITY FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Annuity Fund,** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 07-251T** |
| **HOUSING SYSTEMS, INC.** | : | |
| **Defendant** | : | |

**STIPULATION**

By agreement of the parties, the defendant, Housing Systems, Inc., shall have up to and including August 24, 2007 within which to file a response to the complaint.

Defendant's counsel obtained permission from plaintiffs' attorney to electronically sign this stipulation and to file it with the court.

/s/ Girard R. Visconti, Esq.
Girard R. Visconti, Esq. (#0566)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)
Grv@viscontilaw.com

/s/ Jessica L. Papazian-Ross, Esq.
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)
Jlpr@viscontilaw.com

/s/ Elizabeth Wiens, Esq. (#6827)
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
(401) 294-4700 (Telephone)
(401) 294-4702 (Facsimile)
lizwiens@yahoo.com

***CERTIFICATION***

The undersigned hereby certifies that this document has been filed electronically on this 10th day of August, 2007 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**
Elizabeth Wiens, Esq.
lizwiens@yahoo.com

**CERTIFICATE OF SERVICE**
**PURSUANT TO SECTION 502(H) OF ERISA**

I hereby certify that I have this date served the foregoing document upon the following by depositing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

Secretary, Department of Labor
United States Department of Labor
United States Department of Labor Building
200 Constitution Avenue, N.W.
Washington, DC 20220

Secretary, Department of Treasury
United States Department of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

______________________________