**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND CARPENTERS' ANNUITY FUND, Through their Trustees, and DONALD LAVIN, in his official capacity as Co-Administrator of the Annuity Fund, *Plaintiffs*, | |
| v. | C.A. No. 07-251T |
| HOUSING SYSTEMS, INC., *Defendant*. | |

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED.

1. Judgment shall enter in favor of Plaintiffs and against Defendant for unpaid contributions in the amount of $6,514.09.

2. Defendant agrees that the judgment shall be paid in monthly increments of $1,000, due the first day of each month. The first payment shall be due on November 1, 2007. The last payment, in the amount of $514.09 shall be due on May 1, 2008.

3. In the event that any payment is not received by its due date, as set forth above, the remaining amount owed shall become immediately due.

4. This Judgment shall be satisfied only upon the receipt of the full amount due pursuant to this agreement.

For Plaintiffs:

Elizabeth Wiens, Esq. (#2818)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendant:

Jessica L. Papazian-Ross, Esq. (#3905)
Visconti and Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302

ENTER:

Ernest C Torres

Dated: 9/25/07

PER ORDER:

CERTIFICATION

I hereby certify that on the 12th day of September, 2007, I mailed a copy of the within Consent Order and Judgment to the above counsel of record.

EWin
______________________