/s/ Elizabeth Wiens, Esq. (#6827)
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
(401) 294-4700 (Telephone)
(401) 294-4702 (Facsimile)
lizwiens@yahoo.com

***CERTIFICATION***

The undersigned hereby certifies that this document has been filed electronically on this 16th day of May, 2008, and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**
Elizabeth Wiens, Esq.
lizwiens@yahoo.com

/s/Jessica L. Papazian-Ross

**CERTIFICATE OF SERVICE**
**PURSUANT TO SECTION 502(H) OF ERISA**

I hereby certify that I have this date served the foregoing document upon the following by depositing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

Secretary, Department of Labor
United States Department of Labor
United States Department of Labor Building
200 Constitution Avenue, N.W.
Washington, DC 20220

Secretary, Department of Treasury
United States Department of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

/s/Jessica L. Papazian-Ross